Hon. Lauren King

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BREE HEPWORTH, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WYZE LABS, INC.,<br><br>　　　　　　Defendant. | NO. 2:22-CV-00752-LK<br><br>ORDER OF DISMISSAL |

The parties have notified the Court that they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN.  If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

Dated this 30th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　_Lauren King_
　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1